## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>RENE GUILLERMO LOPEZ<br>AND<br>SANDRA MACIOROSKI LOPEZ<br>Debtors | Chapter 13<br>18-14082-BFK |

### TRUSTEE'S OPPOSITION TO MOTION FOR AUTHORITY TO MODIFY EXISTING LIEN

Thomas P. Gorman, Trustee, notes his objection to the Motion for Authority to Modify Existing Lien for PNC Bank, National Association. Movant lacks standing to being this Motion under Local Rule 6004-4, and the Motion itself does not comply with Local Rule 6004-4(B)(4) in that it does not provide an "apple to apples" comparison of the monthly mortgage payment before and after the proposed modification, and does not (and cannot) state whether Debtors intend to modify their compromised Plan in light of the apparent savings being achieved. Wherefore, Trustee prays that the Motion be denied.

| | |
|---|---|
| January 15, 2021<br>Dated | /s/ Thomas P. Gorman<br>Thomas P. Gorman<br>Chapter 13 Trustee<br>300 N. Washington Street, #400<br>Alexandria, VA  22314<br>(703) 836-2226<br>VSB #26421 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of January, 2021 mailed a true copy of the foregoing Response to the following parties.

Rene Guillermo Lopez
Sandra Macioroski Lopez
Chapter 13 Debtor
8717 Bradgate Ct.
Alexandria, VA 22308

John C. Morgan, Jr., Esq.
Counsel for Debtor
New Day Legal, PLLC
98 Alexandria Pike, Ste. 10
Warrenton, VA 20186

M. Christine Maggard, Esq.
Attorney for PNC Bank National Association
Brock & Scott, PLLC.
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217

                                                  ___/s/ Thomas P. Gorman_____
                                                  Thomas P. Gorman