## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>RENE GUILLERMO LOPEZ<br>AND<br>SANDRA MACIOROSKI LOPEZ<br>Debtors | Chapter 13<br>18-14082-BFK |

### TRUSTEE'S SUPPLEMENTAL OPPOSITION TO MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

Thomas P. Gorman, Trustee supplements his previously filed Opposition to Debtors' Motion to Approve Loan Modification Agreement (DKT. #101) by noting that since the filing of Debtors' Motion the lender whose loan is to be modified filed on March 22, 2021 CARES ACT Supplemental Proof of Claim on both the main docket and the Claims Register (Claim #2) an affirmative statement at Part 2 that of that form no loan modification had been entered into as of that March 22, 2021 date.

 March 30, 2021  
Dated

/s/ Thomas P. Gorman  
Thomas P. Gorman  
Chapter 13 Trustee  
300 N. Washington Street, #400  
Alexandria, VA  22314  
(703) 836-2226  
VSB #26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of March, 2021 mailed a true copy of the foregoing Opposition to Motion for Approval of Loan Modification to the following parties.

| | |
|---|---|
| Rene Guillermo Lopez | John C. Morgan, Jr., Esq. |
| Sandra Macioroski Lopez | Counsel for Debtor |
| Chapter 13 Debtors | New Day Legal, PLLC |
| 8717 Bradgate Ct. | 98 Alexandria Pike, Ste. 10 |
| Alexandria, VA 22308 | Warrenton, VA 20186 |

                                              /s/ Thomas P. Gorman
                                            Thomas P. Gorman